UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TANIA GONZALEZ, *et al.*, | § | |
| | § | |
|    *Plaintiffs*, | § | |
| | § | |
| v. | § | CIVIL ACTION H-15-2785 |
| | § | |
| SECURITY NATIONAL INSURANCE CO., | § | |
| | § | |
|    *Defendant*. | § | |

## ORDER

Pending before the court is the Magistrate Judge's Memorandum and Recommendation ("M&R") (Dkt. 16) relating to plaintiffs' motion to remand (Dkt. 7). The M&R advises that any parties wishing to object to the M&R must do so by March 22, 2016. Dkt. 16 at 9–10. The court has received no objections. The court, having reviewed the M&R, relevant documents within the record, and the applicable law, and having received no objections, ADOPTS the M&R in its entirety. For the reasons stated in the M&R, plaintiffs' motion to remand (Dkt. 7) is DENIED.

   Signed at Houston, Texas on March 29, 2016.

_____
Gray H. Miller
United States District Judge